WARFIELD, Respondent, v. JAMES MURPHY HARMS SUPPLY CO., et al, Appellants.

(223 N. W. 720.)

(File No. 6321. Opinion filed February 21, 1929.)

*Kelley & Luby* and *Null & Royhl,* all of Huron, for Appellants.

*Bruell & Henderson,* of Redfield, for Respondent.

PER CURIAM. The facts here involved are fully set out in the opinion in Fuller v. James Murphy Harms Supply Company, a Corporation, et al, case No. 6315, 223 N. W. 713 (opinion this day filed), and, upon the authority of that case, the judgment herein appealed from is affirmed.

WARFIELD, Respondent, v. ANDERSON, et al, Appellants.

(223 N. W. 720.)

(File No. 6320. Opinion filed February 21, 1929.)

*Kelley & Luby* and *Null & Royhl,* all of Huron, for Appellants.

*Bruell & Henderson,* of Redfield, for Respondent.

PER CURIAM. The facts and questions of law involved herein are fully set out in the opinions, this day filed, in case No. 6315, Fuller v. James Murphy Harms Supply Company, a Corporation, et al, 223 N. W. 713, and case No. 6314, Fuller v. Anderson, as Administrator of Estate of James Murphy, Deceased, et al, 223 N. W. 717. To those opinions reference is hereby made, and, upon that authority, the judgment here appealed from is affirmed.